just opened up for building purposes. A large part of the value to purchasers undoubtedly consisted in the promise that streets should be opened and laid out, and the adjoining property thereto made desirable for places of residence and business. I see no occasion for an opinion. See *Post v. Railroad Co.*, (Sup.) 3 N. Y. Supp. 172. All concur.

---

FLACK, Appellant, *v.* KARR et al., Respondents.

(*Supreme Court, General Term, Third Department.* November 22, 1892.)

Action by William H. Flack against George Karr and another on contract. Judgment of nonsuit. Plaintiff appeals. Affirmed.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

*Cantwell & Cantwell*, (*Thomas Cantwell*, of counsel,) for appellant. *Wallace Mac-Farlane*, for respondents.

PUTNAM, J. Judgment should be affirmed. I think no opinion is required. The trial judge, in granting the nonsuit, took the correct view of the case. All concur.

---

BAKER, Appellant, *v.* NEW YORK CENT. & H. R. R. Co., Respondent.

(*Supreme Court, General Term, Third Department.* November 22, 1892.)

Action by John Baker against the New York Central & Hudson River Railway Company for injuries received by defendant's negligence. Judgment for defendant. Plaintiff appeals. Affirmed.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

*Parker & Fiero*, (*J. Newton Fiero*, of counsel,) for appellant. *Harris & Rudd*, (*Hamilton Harris*, of counsel,) for respondent.

HERRICK, J. I cannot see any material difference between this case and that of *Arnold v. Canal Co.*, 125 N. Y. 15, 25 N. E. Rep. 1064, and I think the judgment should be affirmed. Neither do I see any reason for writing an opinion. All concur.

---

LAMSON CONSOLIDATED STORE-SERVICE Co., Appellant, *v.* HARTUNG, Respondent.

(*Common Pleas of New York City and County, General Term.* June 27, 1892.)

Action by the Lamson Consolidated Store-Service Company against George C. Hartung.

No opinion. Motion for leave to appeal to the court of appeals granted. See 18 N. Y. Supp. 143, 951; 19 N. Y. Supp. 233.

---

MANHEIMER, Respondent, *v.* LOEWENTHAL, Appellant.

(*Common Pleas of New York City and County, General Term.* October 26, 1892.)

Appeal from third district court.

Action by Leopold Manheimer against Moritz Loewenthal.

*E. Cohen*, for appellant. *A. H. Berrick*, for respondent.

Argued before BISCHOFF and PRYOR, JJ.

No opinion. Judgment reversed; new trial ordered, costs to abide the event.

---

KLEIN, Respondent, *v.* VERNET, Appellant.

(*Common Pleas of New York City and County, General Term.* October 26, 1892.)

Appeal from tenth district court.

Action by Philip Klein against William G. Vernet.

*F. G. Wild*, for appellant. *G. W. Wallace*, for respondent.

Argued before BISCHOFF and PRYOR, JJ.

No opinion. Judgment affirmed, with costs.

---

ABRAHAMSON, Respondent, *v.* FIVE YEAR BENEFIT ORDER, Appellant.

(*Common Pleas of New York City and County, General Term.* October 26, 1892.)

Appeal from fifth district court.

Action by Genese Abrahamson against the Five Year Benefit Order.

Argued before BISCHOFF and PRYOR, JJ.

*M. L. Harney*, for appellant. *W. H. Townley*, for respondent.

No opinion. Judgment affirmed, with costs.